## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBBIE WILLIS,<br><br>        Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>        Defendant. | Case No.  5:19-cv-00332<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that Plaintiff, Debbie Willis and Defendant Citibank, N.A. ("Citibank"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Notice of Voluntary Dismissal within the next sixty (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing settlement.

Respectfully submitted this 19th day of June 2019.

By:/s/ *David A. Chami*____
David A. Chami, Esq.
Price Law Group, APC
8245 N 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
F: (818) 600-5415
E: david@pricelawgroup.com
*Attorneys for Plaintiff,*
*Debbie Willis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/Jacey Gutierrez*